UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 19-6718-DMG (JEMx)** | Date | December 6, 2019 |
|---|---|---|---|
| Title | ***Shirley Baldovino Soriano v. Wells Fargo Bank, N.A., et al.*** | Page | 1 of 2 |

Present: The Honorable **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS - ORDER ON MOTION TO WITHDRAW BY COUNSEL FOR PLAINTIFF SHIRLEY BALDOVINO SORIANO [20]; ORDER TO SHOW CAUSE WHY COUNSEL SHOULD NOT BE SANCTIONED FOR NON-APPEARANCE**

Timothy G. McFarlin on behalf of McFarlin LLP (collectively, "McFarlin") filed a motion to withdraw ("Motion") as counsel for Plaintiff Shirley Baldovino Soriano, which came before the Court for hearing this day, December 6, 2019. Plaintiff appeared for the hearing, but her attorney did not.

McFarlin asserts that good cause exists to be relieved as counsel on the grounds that there has been an irremediable breakdown of the attorney-client relationship such that "communications between Plaintiff and [McFarlin] have deteriorated to the point that further discussions are fruitless." Declaration of Timothy G. McFarlin. [Doc. #20-1.] McFarlin further asserts that there are irreconcilable differences between Plaintiff and McFarlin regarding issues arising out of this litigation and over the management and direction of the litigation such that McFarlin will be unable to effectively and properly continue representing Plaintiff herein. *Id.* According to Ms. Soriano, McFarlin has done nothing to further her interests in this case and has failed to keep her informed about the progress of the case.

The Court finds that good cause exists for the withdrawal and that McFarlin has taken adequate steps to inform Plaintiff of the withdrawal. Based on McFarlin's written submissions and the statements made today on the record, the Court hereby GRANTS the Motion, provided McFarlin timely files the proof of service described in this Order.

The Court orders McFarlin to serve this Order on Plaintiff and provide her with a copy of her case file and, thereafter, file a proof of service with the Court by no later than **December 13, 2019**, including Plaintiff's address, email address, and telephone number. McFarlin shall also provide Plaintiff with information regarding how to access the Court's docket through PACER. Ms. Soriano is advised that if she does not retain new counsel within the 45-day stay imposed by the Court, she shall represent herself, *pro se*. If she proceeds *pro se*, she shall be expected to

comply with all Court orders, the Local Rules, and the Federal Rules of Civil Procedure.[1] *See* C.D. Cal. L.R. 83-2.2.3. **Non-compliance may result in the imposition of sanctions, including but not limited to the dismissal of this action.**

\* \* \*

### ORDER TO SHOW CAUSE WHY MCFARLIN SHOULD NOT BE SANCTIONED FOR NON-APPEARANCE

It is extremely rare that counsel does not appear for its own motion. The Court orders McFarlin to show cause, in writing, by **December 13, 2019** why monetary sanctions in the amount of $350 should not be imposed upon it for its non-appearance at the hearing on its motion to withdraw. Failure to file a timely and satisfactory opposition shall result in the imposition of the aforementioned sanctions against McFarlin.

IT IS SO ORDERED.

---

[1] The Local Rules are available on the Court's website, http://www.cacd.uscourts.gov/court-procedures/local-rules.

The Court cannot provide legal advice to any party, including *pro se* litigants, *i.e.*, parties who are not represented by a lawyer. There is a free "*Pro Se Clinic*" that can provide information and guidance about many aspects of civil litigation in this Court. The Clinic is located at the Roybal Federal Building and Courthouse, 255 East Temple Street, Los Angeles, CA 90012. Parties may call or submit an on-line application to schedule an appointment. On-line applications can be submitted at: http://prose.cacd.uscourts.gov/los-angeles. Or call (213) 385-2977 x 270. Clinic staff can also respond to questions submitted via email or during a scheduled telephone call. In addition, some information for *pro se* litigants can be found on the Central District's website. *See* http://prose.cacd.uscourts.gov/federal-pro-se-clinics.